UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALBERT JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 97-3081 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**OPINION**

RICHARD MILLS, U.S. District Judge:

**FACTS**

A jury found Petitioner Albert Jackson guilty in case 90-30004. Jackson contested his conviction via 28 U.S.C. § 2255, but the Court denied him relief on June 20, 1997. See d/e 8.

On January 13, 2006, Petitioner Albert Jackson filed another motion contesting the lawfulness of his conviction. The motion, which he entitled Petitioner's Independent Action Challenging the Integrity of the Previous 2255 Proceedings and His Actual Innocence, was not

1

certified by a panel of the United States Court of Appeals for the Seventh Circuit.

## ANALYSIS

A petitioner may file a second or successive habeas action under § 2255 only if the motion is "certified as provided in section 2244 by a panel of the appropriate court of appeals to contain" either:

> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Id.

Petitioner Jackson was convicted in this Court and has already filed an unsuccessful habeas action. The instant habeas action is, therefore, a second or successive petition. As such, the Court cannot entertain the petition because a panel of the Seventh Circuit has not certified it under § 2244.

Ergo, Petitioner's Independent Action Challenging the Integrity of

the Previous 2255 Proceedings and His Actual Innocence (d/e 18) is DENIED.

IT IS SO ORDERED.

ENTER: January 18, 2006

FOR THE COURT:

                                                s/Richard Mills
                                                United States District Judge